```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 33090
   ANNE MARIE FORTUNA
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-4109

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/07/2004 and was confirmed 10/19/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  78.89% from remaining funds.

     The case was paid in full 01/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
BECKET & LEE LLP         UNSECURED OTH   2388.11            .00         1885.68
ECAST SETTLEMENT CORP    UNSECURED       2223.64            .00         1754.27
ROUNDUP FUNDING LLC      UNSECURED       6081.52            .00         4797.83
ROUNDUP FUNDING LLC      UNSECURED       2529.51            .00         1995.58
CARD MEMBER SERVICES     UNSECURED     NOT FILED            .00             .00
SMC SAKS INC             UNSECURED OTH    611.84            .00          481.96
SALLIE MAE               UNSECURED     NOT FILED            .00             .00
ISAC                     UNSECURED OTH    740.67            .00          583.44
ROUNDUP FUNDING LLC      UNSECURED      31211.35            .00        24623.26
BECKET & LEE LLP         NOTICE ONLY   NOT FILED            .00             .00
PETER FRANCIS GERACI     DEBTOR ATTY     1,700.00                       1,700.00
TOM VAUGHN               TRUSTEE                                        2,177.98
DEBTOR REFUND            REFUND                                         1,750.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                41,750.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                  36,122.02
ADMINISTRATIVE                              1,700.00
TRUSTEE COMPENSATION                        2,177.98
DEBTOR REFUND                               1,750.00
                       ---------------     ---------------
TOTALS                 41,750.00           41,750.00
```

             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 33090 ANNE MARIE FORTUNA

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 04 B 33090 ANNE MARIE FORTUNA
```